893 P.2d 732

**STATE of Arizona ex rel. Roderick G. McDOUGALL**

v.

**Hon. Joseph D. HOWE–Maricopa County Superior Court/Jeffrey L. Steen.**

**No. CV–94–0422–PR.**

Supreme Court of Arizona.

March 21, 1995.

ORDERED: Request for Oral Argument DENIED.

FURTHER ORDERED: Petition for Review by the Supreme Court DENIED.

893 P.2d 732

**SALT RIVER PROJECT/Bechtel Corp/Sedgwick James of Arizona**

v.

**INDUSTRIAL COMMISSION OF AZ/James Cole/Special Fund.**

**No. CV–94–0438–PR.**

Supreme Court of Arizona.

March 21, 1995.

ORDERED: Petition for Review DENIED.